```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB,

                Plaintiff,

        -v-

INCENSE WAREHOUSE, LLC,

                Defendant.

**ORDER FOR CONFERENCE**

24-CV-00577 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 10, 2025, the Court entered a case management plan and scheduling order that required the parties to submit a joint status report by March 28, 2025. Dkt. No. 18. No status report was filed. On May 1, 2025, the Court *sua sponte* extended the deadline to submit the joint status report to May 8, 2025. Dkt. No. 22. The parties have still failed to submit a status report.

The Court will hold an **in-person** status conference on **May 15, 2025**, at 10:00 a.m. at 500 Pearl Street, Courtroom 21-D. Failure to attend the conference could result in a recommendation that this case be dismissed for failure to prosecute under F.R.C.P. 41(b).

**SO ORDERED.**

Dated: May 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1