```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB,

                Plaintiff,

      -v-

INCENSE WAREHOUSE, LLC,

                Defendant.

**ORDER**

24-CV-00577 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      As discussed in today's conference, Defendant is directed to serve its responses and objections to Plaintiff's interrogatories and document requests by May 22, 2025. Failure to do so will result in a waiver of objections. All discovery deadlines remain in place, including the closure of fact discovery on June 20.

**SO ORDERED.**

Dated: May 15, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1